JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL GOURLAY, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>LTF CLUB MANAGEMENT COMPANY, LLC, *an unknown business entity*; LIFE TIME FITNESS, INC. dba LIFE TIME, *an unknown business entity* and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-02257-JWH-DFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. John W. Holcomb<br>United States District Judge<br>Complaint Filed: June 26, 2024<br>Trial Date:  None |

4856-0564-0182

This matter is before the Court on the Parties' Stipulation to Dismiss the entire action with prejudice. Having considered the Stipulation, the complete record in this action, oral argument, and any other matters this Court may properly consider, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** as follows:

1. The entire action is **DISMISSED with prejudice**.

2. All hearings and Orders to Show Cause are hereby taken off calendar.

**IT IS SO ORDERED.**

Dated:      March 5, 2025

John W. Holcomb
United States District Judge